Mr. Abel Acosta.                    31,762-04

Sir, I filed a Application for The Writ of
Habeas Corpus IN 2015.
Cause Number CR11-0775-01 Billy Clay Wade
V State.
The Court was out of Weatherford TX, Parker
Co.
State Reply to Applicant's Application for
Writ of Habeas Corpus Filed Dated Jul 15. 2015
Cause No CR11-0775-01
Could you Please Give me a uppate
on This Application.

THank you

Billy Clay Wade # 00747041

12-16-17

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2017

Deana Williamson, Clerk